**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.   CASE NO. 8:06-CR-279-T-EAK-TBM

JORGE ENRIQUE VALENCIA VERGARA
_____/

**ORDER**

     This cause comes before the Court on the defendant's motions for reduction of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docs. 344, 358, 361 and 381).  The Court also has before it the U.S. Probation Office Amendment Assessment (Doc. 354) and the response of the government (Doc. 389).  The Court has reviewed the motions and the Amendment Assessment for the United States Probation Office and the government response.  The Court concludes that the defendant is not eligible for a reduction in sentence based on the amended guidelines and adopts their position that the defendant is not eligible for a reduction in sentence because the amendment does not have the effect of lowering the defendant's sentencing range.  Accordingly, it is.

     **ORDERED** that defendant's motionsSfor modification of sentence be **denied**.

     **DONE AND ORDERED** in Chambers in Tampa, Florida this 17th day of March, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record